UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

DAVID WILSON,                )
                             )
        Plaintiff,            )
                             )
   v.                         )         1:20CV562
                             )
KILOLO KIJAKAZI,             )
                             )
        Defendant.            )

### ORDER

On February 14, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 29) within the time limit prescribed by Section 636 and Defendant responded (Doc. 30).

The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 27), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion to Reverse the Decision of the Commissioner (Doc. 17) is DENIED, that Defendant's Motion for Judgment on the Pleadings (Doc. 21) is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

/s/   Thomas D. Schroeder
                                 United States District Judge

March 18, 2022